IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JENNIFER LAMBEIN,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:24-cv-06913

Judge Mary M. Rowland

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 123 | DXOUPM Clothing |
| 124 | Mei li xue |
| 47 | YS Clothing Store (10-15 Days Delivery) |
| 48 | LFKERWMG |
| 50 | Tian'er Clothing Brand Store |
| 51 | Qians2020(Maximum 50% promotion Prime discount） |
| 53 | Kekebest |
| 101 | Relanfenk |
| 103 | FASHIONIAL SHOPPING |
| 129 | HGIUiyi |
| 130 | YHJDKIOUS |

|  |  |
|---|---|
| 132 | vkekiu |
| 90 | Oukai Mall |

DATED: September 10, 2024            Respectfully submitted,

<u>/s/ Keith A. Vogt</u>
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt