**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JENNIFER LAMBEIN,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-06913

Judge Mary M. Rowland

Magistrate Judge Heather K. McShain

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 97 | Clothing Wholesaler |
| 98 | TMKBGHML |
| 99 | YBR Clothing |
| 100 | lhydz |
| 102 | Household department store |
| 104 | FIL |
| 105 | Pangyali |
| 106 | Hyingkl |
| 108 | EHQJNJ |
| 109 | LDCDGS |
| 110 | Gzea ornaments |
| 111 | Wuyifu |
| 112 | FhsagQ |
| 113 | Spring Greeting |
| 114 | Zhanuwin |
| 115 | ZhengHE |
| 116 | huaguer |
| 117 | PMVFHDE Modern Clothing |
| 118 | Sengyong |

| | |
|---|---|
| 119 | Laonim |
| 120 | Fashion Beautiful Store |
| 121 | Zhaynln |
| 122 | Natalie's Little Store |
| 125 | yuesx |
| 126 | Kljhtnd |
| 127 | Fashion Trend Clothing |
| 128 | UIX |
| 131 | HAJGJP Clothing |
| 133 | JianShiShang |
| 134 | weikuang-store |
| 135 | Chenyuanyuan |
| 136 | AdBFJAF |
| 137 | SZXZYGS |
| 138 | WEAIXIMIUNG |
| 139 | toraway |
| 140 | HCMY |
| 141 | CHdniz |
| 142 | huizhoushilaihekejiyouxiangongsi |
| 143 | LLZiong |
| 144 | ChuChuDonRen |
| 145 | aDJFDGT |
| 94 | Wusikd |
| 78 | 韶山市小静鞋帽工作室 |
| 166 | LUCKYDiamond painting |

DATED: September 19, 2024              Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 19, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt